Exhibit A to the Complaint

**Location:** Collegeville, PA  
**Total Works Infringed:** 25  
**IP Address:** 173.49.59.112  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C72A57DB09EE073AA8591616D40DF785213BAAF3<br>File Hash:<br>F9597531B6619EA952B89C5A9E773E589103E0385662E4D87581095A29A02569 | 09-01-2023<br>02:09:47 | Blacked Raw | 08-28-2023 | 09-17-2023 | PA0002430912 |
| 2 | Info Hash: 4CB02C24ADB67B79CD91DC3DF8597864A023F35D<br>File Hash:<br>086EF829F4F3DA1A06C21F4CC9D530EDBF094DD4A323F12FEED72D9104139F49 | 08-21-2023<br>01:17:54 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 3 | Info Hash: 67F488DD515E29A40055F8F1404D0D6494E02FF2<br>File Hash:<br>59EC2F593454F27DAEB3A96DBA004061119FB691481366D42AAB93CEDCBCC0E3 | 06-22-2023<br>05:12:14 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 4 | Info Hash: 211D233D9C2B006016050C04EDA54A388E7D1F0B<br>File Hash:<br>546CAF6FA59A9A0A696501E8EF7D33DB7CDCFF9C6ACD3836BCBDD743DF7DF1EC | 06-22-2023<br>04:58:31 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 5 | Info Hash: C70DE0A07C2343330293733375404AF6DA25F973<br>File Hash:<br>16D737D396BCF057811D46F9100D49153F2A8D04C228045712C96485480D6010 | 06-22-2023<br>04:51:57 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 6 | Info Hash: 589371E52B36F4957B9E36CFD70F1164B303150B<br>File Hash:<br>0111D11EDDDCFB91FEACC137329C2212EFEE3BCF0DD0B1D749598FFCD006FE92 | 05-17-2023<br>05:08:01 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 7 | Info Hash: 1BFB4E223BDA6325076B2417BE3813C2FF957FFC<br>File Hash:<br>CD64088FAF72256A83663246BD42219BA7A9FCC7D45A73D63236DC7AA9FAB0C0 | 04-14-2023<br>03:07:35 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 8 | Info Hash: 3C68F4B1650BF0157305B92B33026A04B6A7C455<br>File Hash:<br>643D4D789A797896DFDE8E2B4F67C0D4EA6E136052E74EF837580C8753DC0BFC | 04-14-2023<br>03:07:11 | Slayed | 10-18-2022 | 11-24-2022 | PA0002388551 |
| 9 | Info Hash: 619A7985AE261937FD346F9ADDCC8488860D7265<br>File Hash:<br>B492F5A9C160FA909686AB7D89E97A7FAA20EED3E9C094CA299E435F6EEFE8F6 | 03-08-2023<br>03:07:07 | Blacked Raw | 04-22-2018 | 05-24-2018 | PA0002101381 |
| 10 | Info Hash: B68B8C669446003D2232423C89CFB7B2794ADF8E<br>File Hash:<br>E1137B31F889F8A79E676457DDAFAAB2FB72CCA1C25DA5F1D0B70B95C4574B63 | 03-07-2023<br>02:08:19 | Tushy | 01-01-2019 | 02-02-2019 | PA0002155376 |
| 11 | Info Hash: 18AC2F286D50E7D1B5B0CCB051B7955FB1D0CA68<br>File Hash:<br>5837E4717E3F682DF5B7F6358965F8503679F2D0E21A872D543723DD22327963 | 11-20-2022<br>01:50:31 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 11-02-2022 20:49:05 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 13 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash: 39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 11-02-2022 13:42:54 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 14 | Info Hash: 49EFC1AFCFB3C8851D2D820E5ADCD9E1554E0F47<br>File Hash: 65B33B7E0C3E6E1AE20D36D50DB87FAE709FD01C785A8CBE943816E194912527 | 11-02-2022 13:40:15 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 15 | Info Hash: 56A4EC37A57D365FFAB95B35B56675B31FA062FB<br>File Hash: 5CE529EF136E2553A49BD0DD8F2E34213EFB951789809D061DDD9AD3EB155FE9 | 11-02-2022 13:32:33 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 16 | Info Hash: 4A6AA024B98322968A5C2E498550EC26C8DE855B<br>File Hash: D704C5D94758377FB1EBCEF0257A6A6CCA01C6DCD311104B7AD940276EFCDEA3 | 11-02-2022 13:32:24 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 17 | Info Hash: 27AE1EC75318750779A1532EBEC33FFE36DBF23E<br>File Hash: 69FE82461C9BF60B5F111CD2CEF5AF1C8ABD8C063B62014A8D8689A45CD3FA9C | 11-02-2022 13:29:42 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 18 | Info Hash: 02ACC04EE2B8654A40D0A14A9A398B6ADD515A3B<br>File Hash: 66E1E4E1284AD0C90ECA4785E58D2EB426526DD600C5365B3F9B82D6C4461D92 | 11-02-2022 13:25:13 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 19 | Info Hash: D2F6883E9B481A657C4D67345604355C88E25727<br>File Hash: 7967A4758FBEB2ED66306A9B7C96A8561EC03F02BBCF5CB1512AE661862F2677 | 11-02-2022 13:12:34 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 20 | Info Hash: A6D8F7D4C171F92B974D699DEED775D9F49AB6ED<br>File Hash: A08F7FC0A88AA1C8F2C4644AF5217623DD09124D80F116988FC939FDFF3EBC01 | 11-02-2022 13:12:00 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 21 | Info Hash: 7B8934056E6A35365E239F8CC3E07F2B6C3C05B1<br>File Hash: F53D3A99893373055214BB116700C8083DDCE27EDD7EEE4B09EEAB1B7869FE57 | 11-02-2022 13:11:16 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 22 | Info Hash: A226E8E6DE9FA142E62B538BC31C1E913297A4F2<br>File Hash: B028A68CC5FF94995EF12037B648A4F3DEFBB9D10A571805861DE84AC24C43B9 | 11-02-2022 13:09:46 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 23 | Info Hash: 682D79A7F73EA01603A66FD5B30ADA2CE9B25386<br>File Hash: 490D016CB5923F966A135C3E7F174EA5A1E269E18C73F43233A5E37303BEF2CC | 11-02-2022 04:23:32 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C5918794A3A86750324DB339455F5EDBD2782579<br>File Hash:<br>8826235EC94CBCA6DD1621B3EC7C4F5713EBEB71620194A5558C68F80922C4F2 | 11-02-2022 04:21:39 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 25 | Info Hash: 0B4774375E186E495C8B1BD6FF4F294000825FA8<br>File Hash:<br>58016A9C3189F285B664BD218A3CA3D5C479731FA0A73A80C1B225A4B4E36CA5 | 09-23-2022 02:23:48 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |